# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON BASHFORD, ) | 1:06-cv-1897-OWW-TAG HC |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS |
| v. ) | STATUS |
| D. SMITH, ) | |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **February 6, 2007**                             /s/ Theresa A. Goldner
**j6eb3d**                                         UNITED STATES MAGISTRATE JUDGE