UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON BASHFORD, | 1:06-cv-1897-OWW -TAG  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| D. SMITH, WARDEN, | (Doc. 9) |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has requested the appointment of counsel "to properly respond to the government's response." (Doc. 9).

On December 7, 2007, the Court ordered respondent D. Smith, Warden ("Respondent") to file a brief addressing the questions of whether Petitioner's claims in the instant petition are appropriate for consideration under 28 U.S.C. § 2241, and if so, whether the petition should be transferred to the sentencing court to consider the merits of the petition, i.e., to the United States District Court for the Eastern District of Virginia. (Doc. 7).  The Court's December 7, 2007 order also contains a briefing schedule requiring Respondent to file his brief within 45 days from the date of service of the order.  The order was served on December 7, 2007. (See docket entry dated December 7, 2007).  Consequently, Respondent's brief is not yet due, and as of the date of this order, it has not been filed.  The instant motion is Petitioner's second motion for appointment of counsel. (See Docs. 5, 6).

1

1    There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>e.g.</u>, <u>Anderson v. Heinze</u>, 258 F.2d 479, 481 (9th Cir.1958).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case when "the interests of justice so require."  <u>See</u> Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court concludes that the interests of justice do not require the appointment of counsel at the present time.

    Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel (Doc. 9), is DENIED.

IT IS SO ORDERED.

Dated:   **December 26, 2007**                    /s/ Theresa A. Goldner
                                                 UNITED STATES MAGISTRATE JUDGE