UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CARLTON BASHFORD,

vs.

D-SMITH,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-1897 OWW/TAG HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:
*No right to appointment of counsel*

_____
_____
_____

Dated: 1-30-08

_____
OLIVER W. WANGER
United States District Judge