# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON BASHFORD, | 1:06-CV-01897 OWW JMD HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | [Doc. #19] |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| DENNIS SMITH | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | ORDER DENYING MOTION FOR EVIDENTIARY HEARING |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Magistrate Judge John M. Dixon, Jr. issued a Findings and Recommendation on November 18, 2008, recommending that the petition for writ of habeas corpus be DISMISSED for lack of jurisdiction. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On December 1, 2008, Petitioner filed objections to the Findings and Recommendation and submitted a motion for an evidentiary hearing. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need

to modify the Findings and Recommendation based on the points raised in the objections.

As such, Petitioner's motion for an evidentiary hearing is DENIED without prejudice as it is unnecessary.  *See* Baja v. Ducharme, 187 F.3d 1075, 1078 (9th Cir.1999); Totten v. Merkle, 137 F.3d 1172, 1176 (9th Cir. 1998); Campbell v. Wood, 18 F.3d 662, 679 (9th Cir. 1994) (finding that evidentiary hearing is not required on issues that can be resolved by reference to the state court record).  The purpose of an evidentiary hearing is to resolve the merits of a *factual* dispute and in the instant case, the Court's determines that there does not exist a factual dispute.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 18, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. The Clerk of Court is DIRECTED to enter judgment; and

4. The request for an evidentiary hearing is DENIED, without prejudice

IT IS SO ORDERED.

**Dated:   December 23, 2008**                      **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE