

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FEB 0 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CARLTON BASHFORD,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-01897 OWW JMD-HC

D. SMITH,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____

_____

_____

_____

__X__ Denied for the following reason:

*No issues presented that are debatable among jurists of reason.*

_____

Dated: 2-5-09

_____
OLIVER W. WANGER
United States District Judge